**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**ASHEVILLE DIVISION**
**1:24-cv-00174-MR**

| | | |
|---|---|---|
| VALCHIC WENDELL HENDON, | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **ORDER** |
| | ) | |
| | ) | |
| JORGE REDMOND, et al., | ) | |
| | ) | |
| **Defendants.** | ) | |
| _____ | ) | |

**THIS MATTER** is before the Court on review of Plaintiff's Complaint, [Doc. 1], filed under 42 U.S.C. § 1983.

Pro se Plaintiff Valchic Wendell Hendon ("Plaintiff") is currently detained at the Transylvania County Detention Facility in Brevard, North Carolina. He filed this action on June 17, 2024, pursuant to 42 U.S.C. § 1983, purporting to name Jorge Redmond, FNU Reems, and FNU Smith as Defendants. [Doc. 1]. Plaintiff's Complaint, however, is not signed and is not on the proper form. [See id. at 6]. Plaintiff must sign his Complaint before the Court will conduct its initial review. Because Plaintiff's Complaint is not on the proper form and there is no room for him to sign the final page of his Complaint, the Court will instruct the Clerk to mail Plaintiff a blank 1983 prisoner form so that he may properly submit and sign his Complaint.

Plaintiff is admonished that his unsigned Complaint is not operative and will be superseded by the signed Complaint he files.

## **ORDER**

**IT IS THEREFORE ORDERED** that Plaintiff shall file a signed Complaint on the proper form within thirty (30) days of this Order. If Plaintiff fails to timely file a signed Complaint, the Court will dismiss this action without prejudice and without further notice to Plaintiff.

The Clerk is instructed to mail Plaintiff a blank 1983 prisoner form.

**IT IS SO ORDERED**.

Signed: June 26, 2024

Martin Reidinger
Chief United States District Judge