# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| Valchic Wendell Hendon, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 1:24-cv-00174-MR |
| | ) | |
| vs. | ) | |
| | ) | |
| | ) | |
| Jorge Redmond, et al, | ) | |
| | ) | |
| Defendants. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 28, 2024 Order.

August 28, 2024

*[signature]*

Katherine Hord Simon, Clerk
United States District Court